**PRINCETON DIGITAL IMAGE CORPORATION, Plaintiff–Appellant**

v.

**HEWLETT–PACKARD COMPANY, Defendant–Appellee**

**FUJIFILM North America Corporation, FUJIFILM North America, fka FUJI-FILM USA, Inc., Defendants.**

**No. 2015–1552.**

United States Court of Appeals, Federal Circuit.

Feb. 9, 2016.

George Pazuniak, O'Kelly, Ernst, & Bielli, LLC, Wilmington, DE, argued for plaintiff-appellant.

Sean C. Cunningham, DLA Piper LLP (US), San Diego, CA, argued for defen-

dant-appellee. Also represented by Stanley Joseph Panikowski III, Erin Gibson, David Rae Knudson; Brian K. Erickson, Austin, TX.

PROST, Chief Judge, NEWMAN and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**